1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                              DISTRICT OF NEVADA

8                                        * * *

                                           )
9   GARY G. CAMPBELL                        )
                                           )
10              Plaintiff,                   )          3:13-cv-0627-LRH-WGC
                                           )
11   v.                                      )
                                           )          ORDER
12   THE ESTATE OF LARRY WAYNE               )
     KILBURN; et al.,                        )
13                                           )
                Defendant.                   )
14   _____ )

15          Before the court is defendant, the Estate of Larry Wayne Kilburn's ("the Estate") motion to

16   dismiss. Doc. #4.[1]

17          After the filing of the Estate's motion to dismiss, plaintiff Gary G. Campbell ("Campbell")

18   filed an amended complaint. Doc. #7. The filing of the amended complaint supersedes the original

19   complaint in its entirety. Accordingly, the Estate's motion to dismiss the complaint is now moot.

20   Therefore, the court shall deny the motion to dismiss without prejudice to allow the Estate an

21   opportunity to respond to the amended complaint.

22   ///

23   ///

24   ///

25

26
     _____
     [1] Refers to the court's docket entry number.

1       IT IS THEREFORE ORDERED that defendant's motions to dismiss (Doc. #4) is DENIED

2  without prejudice.

3       IT IS SO ORDERED.

4       DATED this 28th day of February, 2014.

_____

LARRY R. HICKS

UNITED STATES DISTRICT JUDGE

2