UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| GARY G. CAMPBELL, an individual, | CASE NO. 3:13-cv-627-LRH-WGC |
| Plaintiff, | ORDER |
| vs. | |
| HEATHER GARCIA, as personal Representative of THE ESTATE OF LARRY WAYNE KILBURN, | |
| Defendant. | |

This case is currently scheduled for trial on the stacked calendar of March 22, 2016.

IT IS ORDERED that this case is referred to The Honorable William G. Cobb for the purpose of conducting a settlement conference.

DATED this  27th  day of October, 2015.

_____
LARRY R. HICKS
U.S. DISTRICT JUDGE