UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GARY G. CAMPBELL, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>HEATHER GARCIA, as personal representative of THE ESTATE OF LARRY WAYNE KILBURN,<br><br>    Defendant. | Case No.:   3:13-CV-00627-LRH-WGC<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

Defendant, Heather Garcia, as personal representative of the Estate of Larry Wayne Kilburn, and plaintiff Gary Campbell, by and through their attorneys of record, hereby stipulate and agree that the above-entitled matter may be dismissed with prejudice, with each party to bear their own costs and attorney's fees.

///

///

///

///

///

1

DATED this 6th day of December, ~~November~~, 2016.    DATED this 19th day of December, ~~November~~, 2016.

**GANZ & HAUF**                                        **GLOGOVAC & PINTAR**

By: _____Cara Xidis_____ #11743                        By: _____
Marjorie Hauf, Esq.                                     Michael A. Pintar, Esq.
Nevada Bar No. 8111                                     Nevada Bar No. 003789
Attorneys for Plaintiff                                 Attorneys for Defendants
Gary Campbell                                           Heather Garcia as Personal
                                                        Representative of the Estate of
                                                        Larry Wayne Kilburn

### ORDER

Based on the parties' Stipulation for Dismissal with Prejudice, and good cause appearing,

IT IS HEREBY ORDERED THAT the above-entitled matter is dismissed with prejudice, with each party to bear their own costs and attorney's fees.

**DATED this 20th day of December, 2016.**

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE